**Order entered August 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00774-CV

### IN RE RETURN LEE TO LEE PARK, WARREN JOHNSON, AND KATHERINE GANN, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC18-05460**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

In their response to relators' "Petition for Immediate Writ of Injunction," the real parties in interest request that this Court require relators to post a bond of at least $500,000 if this Court grants a writ of injunction. We request that relators file a response to the real parties in interest's arguments concerning requiring payment of bond **by August 16, 2019**.

/s/     BILL PEDERSEN, III
        JUSTICE